UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

---

JEREMY GREY,

    Plaintiff,

v.                                                                         No. 2:22-cv-2140

BERUK PROPERTIES, INC.,

    Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL

---

COMES NOW, the Plaintiff, Jeremy Grey, by and through undersigned counsel, submits this voluntary dismissal of the above-captioned action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 11th day of SEPTEMBER, 2024.

                                        By: *s/ REBECCA HUTTO*
                                        Rebecca Hutto TN State Bar No.: 39252
                                        Wampler, Carroll, Wilson, and Sanderson, PLLC
                                        208 Adams Avenue
                                        Memphis, TN 38103
                                        Telephone: (901)-523-1844
                                        Email: rebecca@wcwslaw.com
                                        Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 11th day of SEPTEMBER, 2024, a true and exact copy of the foregoing has been served on the Defendant via electronic mail.

                                                          *s/ Rebecca Hutto*